UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2015 JAN 16 PM 1:36

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CONNIE ROSSANA SALAZAR (1),

    Defendant.

CASE NO. 14CR1327-BEN

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

_X_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

TITLE 21 U.S.C. §952 AND 960.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 14, 2015

Hon. Roger T. Benitez
U.S. District Judge